UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| NEUROGRAFIX, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>THE JOHNS HOPKINS UNIVERSITY, *et al.*,<br><br>　　　　　　　Defendants. | Civil Action No.: 12-cv-02181-WDQ |

**JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS RELATING TO THE USE OF PRODUCTS SOLD BY THE GENERAL ELECTRIC COMPANY**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs NEUROGRAFIX, NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC., and IMAGE-BASED SURGICENTER CORPORATION, by and through their respective counsel, hereby stipulate to the dismissal with prejudice of all claims relating to the use of products sold by the General Electric Company. Each party shall bear its own attorneys' fees and costs.

SO ORDERED:

Date:  December 19, 2012

_____
William D. Quarles, Jr.
United States District Judge

STIPULATED AND AGREED TO:

| /s/ | /s/ |
|---|---|
| Matthew G. Hjortsberg (#024949) <br> hjortsberg@bowie-jenson.com <br> Joshua A. Glikin (#26852) <br> glikin@bowie-jenson.com <br> BOWIE & JENSEN, LLC <br> 29 W. Susquehanna Avenue <br> Suite 600 <br> Towson, Maryland 21204 <br> Phone: (410) 583-2400 <br> Facsimile: (410) 583-2437 <br><br> Marc A. Fenster (pro hac vice) <br> mfenster@raklaw.com <br> Andrew D Weiss <br> aweiss@raklaw.com <br> Fredricka Ung <br> fung@raklaw.com <br> Russ August & Kabat <br> 12424 Wilshire Boulevard, 12th Floor <br> Los Angeles, California 90025 <br> Phone: (310) 826-7474 <br> Facsimile: (310) 826-6991 <br><br> *Counsel for Plaintiffs, NeuroGrafix, Neurography Medical Associates, Inc., and Image-Based Surgicenter Corporation* | Charles S. Hirsch (#06605) <br> Ballard Spahr LLP <br> 300 E. Lombard Street <br> 18th Floor <br> Baltimore, Maryland 21202-3268 <br> Phone: (410) 528-5600 <br> Facsimile: (410) 528-5650 <br><br> *Of Counsel:* <br><br> William H. Needle <br> Katrina M. Quicker <br> Michael J. Riesen <br> Ballard Spahr LLP <br> 999 Peachtree Street <br> Suite 1000 <br> Atlanta, Georgia 30309 <br> Telephone: (678) 420-9300 <br> Facsimile: (678) 420-9301 <br><br> *Counsel for Defendants, The Johns Hopkins University and The Johns Hopkins Hospital* |